# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5197**                                      **September Term, 2024**

1:25-cv-00542-RBW

**Filed On:** June 2, 2025

Travis Leblanc and Edward Felten,

        Appellees

      v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

        Appellants


**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges


## O R D E R

Upon consideration of the motion for a stay pending appeal and an administrative stay, it is

**ORDERED** that appellees file a response to the motion by 5:00 p.m. on Friday, June 6, 2025. Any reply is due by 5:00 p.m. on Wednesday, June 11, 2025.

### Per Curiam


                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

            BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk